```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 09 B 07196
    ROZELLA M TAYLOR
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8772


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/04/2009 and was not confirmed.

    The case was converted to chapter 7 without confirmation 03/10/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC    PRIORITY       NOT FILED          .00            .00
US CELLULAR               NOTICE ONLY    NOT FILED          .00            .00
AFFILIATED                UNSECURED      NOT FILED          .00            .00
EVOLUTION FITNESS         UNSECURED      NOT FILED          .00            .00
US CELLULAR               NOTICE ONLY    NOT FILED          .00            .00
AMERILOAN                 UNSECURED      NOT FILED          .00            .00
FIRST PREMIER             NOTICE ONLY    NOT FILED          .00            .00
GE MONEY BANK             NOTICE ONLY    NOT FILED          .00            .00
AT&T                      NOTICE ONLY    NOT FILED          .00            .00
AT&T                      UNSECURED      NOT FILED          .00            .00
BALLYS TOTAL FITNESS      UNSECURED      NOT FILED          .00            .00
BALLYS                    NOTICE ONLY    NOT FILED          .00            .00
CASH LENDERS              UNSECURED      NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED          .00            .00
COMED                     NOTICE ONLY    NOT FILED          .00            .00
RUSH UNIVERSITY MEDICAL   NOTICE ONLY    NOT FILED          .00            .00
CREDIT ACCEPTANCE CORP    UNSECURED      NOT FILED          .00            .00
US BANK                   NOTICE ONLY    NOT FILED          .00            .00
US BANK                   NOTICE ONLY    NOT FILED          .00            .00
GE CAPITAL                UNSECURED      NOT FILED          .00            .00
GE CAPITAL                NOTICE ONLY    NOT FILED          .00            .00
DUPAGE COUNTY CIRCUIT CR  NOTICE ONLY    NOT FILED          .00            .00
WOMENS WORKOUT WORLD      NOTICE ONLY    NOT FILED          .00            .00
MCI                       UNSECURED      NOT FILED          .00            .00
RJM ACQUISITIONS          NOTICE ONLY    NOT FILED          .00            .00
MT SINAI HOSPITAL         NOTICE ONLY    NOT FILED          .00            .00
ONE CLICK CASH            UNSECURED      NOT FILED          .00            .00
PATIENT FIRST SC          UNSECURED      NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED      NOT FILED          .00            .00
VILLAGE OF FOREST PARK    NOTICE ONLY    NOT FILED          .00            .00
INSURE ON THE SPOT        UNSECURED      NOT FILED          .00            .00
WASHINGTON MUTUAL CHECKI  NOTICE ONLY    NOT FILED          .00            .00
MONTGOMERY WARD           UNSECURED      NOT FILED          .00            .00
MONTGOMERY WARD           UNSECURED      NOT FILED          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED      NOT FILED          .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 09 B 07196 ROZELLA M TAYLOR
```

```
MCI COMMUNICATIONS         NOTICE ONLY    NOT FILED              .00          .00
TCF NATIONAL BANK          UNSECURED      NOT FILED              .00          .00
US BANK                    UNSECURED      NOT FILED              .00          .00
US CELLULAR                UNSECURED      NOT FILED              .00          .00
VILLAGE OF FOREST PARK     UNSECURED      NOT FILED              .00          .00
WASHINGTON MUTUAL PROVID   UNSECURED      NOT FILED              .00          .00
AT & T                     NOTICE ONLY    NOT FILED              .00          .00
WOMENS WORKOUT WORLD       UNSECURED      NOT FILED              .00          .00
ROKAS STADNINLINKS         NOTICE ONLY    NOT FILED              .00          .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
  ---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
  ---------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                            ---------------    ---------------
TOTALS                            .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 03/26/09         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 09 B 07196 ROZELLA M TAYLOR